# Court of Appeals
# of the State of Georgia

ATLANTA,  November 07, 2023

*The Court of Appeals hereby passes the following order:*

## A24A0447. GREG TAYLOR, JR. v. THE STATE.

In 2012, Greg Taylor, Jr., pleaded guilty to armed robbery and aggravated assault. In March 2023, proceeding pro se, Taylor filed a motion to vacate his criminal conviction, asserting that it was void. The trial court dismissed his motion, and Taylor filed this appeal. We lack jurisdiction.

First, a post-conviction motion seeking to vacate an allegedly void conviction is not a valid procedure in a criminal case, and any appeal from the denial or dismissal of such a motion must be dismissed. See *Williams v. State*, 287 Ga. 192, 192 (695 SE2d 244) (2010); *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010).

Second, Taylor's notice of appeal is untimely. A notice of appeal must be filed within 30 days after entry of the order to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Here, the trial court dismissed Taylor's motion on May 5, 2023, and he filed this appeal on June 20, 2023, 46 days later.

For these reasons, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/07/2023 *

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*